UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERVAT MIKHAEIL,

        Plaintiff,

v.

WALGREEN'S INC.,

        Defendant.
_____/

U.S. District Case No. 2:13-CV-14107

Honorable Nancy G. Edmunds
Magistrate Judge David R. Grand

| | |
|---|---|
| Marla A. Linderman (P55759)<br>ATNIP & ASSOCIATES, PLLC<br>400 Water Street<br>Suite 205<br>Rochester, MI  48307<br>marla@atniplawyers.com | Elizabeth Hardy (P37426)<br>Thomas J. Davis (D.C. 490033)<br>KIENBAUM OPPERWALL<br>  HARDY & PELTON, P.L.C.<br>280 N. Old Woodward Avenue<br>Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@kohp.com<br>tdavis@kohp.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

_____/

## DEFENDANT'S WITNESS LIST

     Defendant Walgreen Company, through its undersigned counsel, state that they presently anticipate that they may call any or all of the following witnesses in any trial in the captioned matter:

1. Mervat Mikhaeil

2. Amy Yadmark

3. Jeremy Willis

4. Donna Spencer

5. John Calhoun

6. Ted Fletcher

7. Todd Lyle

8. Susan Dobrowolski

9. Farah Moomen

10. Pam Sherman

11. Christopher Pencak

12. Records custodian(s) from Walgreen Co.

13. All necessary rebuttal and sur-rebuttal witnesses (expert and lay).

14. All necessary impeachment witnesses.

15. All expert and lay witnesses listed on any party's Witness List or Supplemental Witness List(s).

16. All persons identified in the complaint, initial disclosures, discovery responses, depositions, documents produced during discovery, or documents filed with the Court in this case.

17. All persons necessary to authenticate, identify, or introduce trial exhibits.

18. All witnesses including experts that are unknown at the present time but will become known during the course of discovery, which has not been completed.

19. All witnesses deposed and/or noticed for deposition in this case.

Defendant reserves the right to amend this Witness List to include additional witnesses learned through discovery and to supplement or amend this list.

By: */s/ Thomas J. Davis*
Elizabeth Hardy (P37426)
Thomas J. Davis (D.C. #490033)
KIENBAUM OPPERWALL
 HARDY & PELTON, P.L.C.
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@kohp.com
tdavis@kohp.com

Dated: August 1, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: marla@atniplawyers.com and I hereby certify that I have caused to be served via U.S. mail the foregoing document to the following non-ECF participants:

    (no manual recipients)

                                              /s/Thomas J. Davis
                                              280 North Old Woodward Avenue
                                              Suite 400
                                              Birmingham, Michigan 48009
                                              (248) 645-0000
                                              Email: tdavis@kohp.com
                                              (D.C. #490033)

204802