# INDEX OF EXHIBITS

Exhibit A:      $80 Million Fine

Exhibit B:      Plaintiff's Deposition

Exhibit C:      Yadmark Deposition

Exhibit D:      Willis Deposition

Exhibit E:      Dropped the Ball Email

Exhibit F:      Letter to Kevin Schmidt

Exhibit G:      Jeremy's Report

Exhibit H:      June 4, 2013 email

Exhibit I:      Emails to Yadmark

Exhibit J:      Spencer Deposition

Exhibit K:      Double Payment Legal Changes

Exhibit L:      Disciplines

Exhibit M:      FLSA documentation