UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MERVAT MIKHAEIL,

    U.S. District Case No. 2:13-CV-14107

  Plaintiff,

    Honorable Nancy G. Edmunds
    Magistrate Judge David R. Grand

v.

WALGREEN'S INC.,

  Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of the parties:

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice and without an award of costs or attorney's fees to any party.  This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

            s/ Nancy G. Edmunds
            Hon. Nancy G. Edmunds
            U.S. District Judge

Dated:  June 9, 2015

2

So stipulated:

| | |
|---|---|
| ATNIP & ASSOCIATES, PLLC | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
| By: *Marla A. Linderman (with permission)*<br>    Marla A. Linderman (P55759)<br>Attorney for Plaintiff<br>400 Water Street<br>Suite 205<br>Rochester, MI  48307<br>marla@atnipattorneys.com | By: */s/Thomas J. Davis*<br>    Elizabeth Hardy (P37426)<br>    Thomas J. Davis (P78626)<br>Attorneys for Defendant<br>280 N. Old Woodward Avenue<br>Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@kohp.com<br>tdavis@kohp.com |
| Dated: 6/5/2015 | Dated:  6/5/2015 |

228116